UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jela D. Jones, as Trustee for the heirs of Brenda Diane Jones, deceased, | Civil No. 05-1249 (RHK/AJB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Minnesota Department of Corrections, et al., | |
| Defendants. | |

---

Pursuant to the Notice of Voluntary Dismissal it is **ORDERED** that this matter is

**DISMISSED WITHOUT PREJUDICE** as to Defendant Becky Jo Vonbank.

Dated: June 15, 2006

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge