# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jela D. Jones, as Trustee for the heirs of Brenda Diane Jones, deceased,<br><br>                Plaintiff,<br><br>vs.<br><br>Minnesota Department of Corrections, et al.,<br><br>                Defendants. | Civil No. 05-1249 (RHK/AJB)<br><br>**ORDER** |

Before the undersigned is Defendant's Motion for Modification of Pretrial Schedule (Doc. No. 61). Upon all the files, records and proceedings herein, **IT IS ORDERED** that Defendants' Motion for Modification of Pretrial Schedule (Doc. No. 61) is **GRANTED IN PART** as follows:

This matter is deemed ready for trial as of December 15, 2006. The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By November 29, 2006:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial Brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By December 5, 2006:

(1) Responsive Briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By December 8, 2006:  Responses to the Written Objections.

Dated: October 10, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge